

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00236-CV

**IN THE INTEREST OF T.G.D.,** a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00299
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, the trial court's termination judgment is AFFIRMED. No costs of appeal are taxed against appellants because they qualify as indigent. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED September 24, 2024.

Liza A. Rodriguez, Justice